UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHAEL COPPOCK,

    Plaintiff,

vs.

LOWE'S HOME CENTERS, LLC,

    Defendant.

Case No. 3:23-cv-7

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

### ORDER: (1) DISMISSING THIS CASE WITH PREJUDICE; AND (2) TERMINATING IT ON THE DOCKET

---

This civil case is before the Court on Plaintiff's Notice seeking dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a).  Doc. No. 6.  Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), this case is **DISMISSED WITH PREJUDICE** and **TERMINATED** on the docket.

    **IT IS SO ORDERED.**

  August 30, 2023

/s Michael J. Newman
Hon. Michael J. Newman
United States District Judge